JS - 6/ENTER



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN,<br><br>    Petitioner,<br><br>    v.<br><br>KAMALA D. HARRIS., et al.,<br><br>    Respondent. | Case No. CV 11-10651-MLG<br><br>JUDGMENT |

   IT IS ADJUDGED that the petition is dismissed without prejudice.


Dated: March 16, 2012

_____
Marc L. Goldman
United States Magistrate Judge