JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN,<br><br>      Petitioner,<br><br>      v.<br><br>KAMALA D. HARRIS., et al.,<br><br>      Respondent. | Case No. CV 11-10651-MLG<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 16, 2012

Marc L. Goldman
United States Magistrate Judge